IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION FILE |
| ALFREDO CAPOTE, | NO. 1:15-CR-338-4-MHC |
| Defendant. | |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Catherine M. Salinas [Doc. 98] that Defendant's Motion to Suppress [Doc. 64] be denied. The Order for Service of the R&R [Doc. 99] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. See also FED. R. CRIM. P. 59(a). No objections have been filed to the R&R.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 98] as the Opinion and Order of the Court.  It is hereby **ORDERED** that Defendant's Motion to Suppress [Doc. 64] is **DENIED**.

**IT IS SO ORDERED** this 31st day of May, 2016.

_____
MARK H. COHEN
United States District Judge