FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 02 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO L. CAPOTE | Criminal Action No.<br><br>1:15-CR-338-MHC-CMS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ad prosequendum and avers:

1. Name of detainee (and detainee number, if known): Alfredo L. Capote (SO# 129255; Jacket# 538569).

2. Detained by Caddo Correctional Center, 1101 Forum Drive, Shreveport, LA 71107.

3. Detainee was indicted in this district on September, 8, 2015. The indictment charges the Detainee with wire fraud conspiracy, in violation of 18 U.S.C. § 1349, wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, mail fraud, in violation of 18 U.S.C. §§ 1341 and 2, and money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2.

4. Appearance is necessary on May 23, 2017, at 10:00 A.M., before Magistrate Judge Russell G. Vineyard in Courtroom Number 2022, of the United States Courthouse for the district, for other purpose(s), specifically, a bond revocation hearing.

_____
Samir Kaushal
*Assistant United States Attorney*

## WRIT OF HABEAS CORPUS

X  Ad Prosequendum

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: May 2, 2017

_____
RUSSELL G. VINEYARD
United States Magistrate Judge

# Memorandum

United States Attorney
Northern District of Georgia



| Subject | Date |
|---|---|
| WRIT OF HABEAS CORPUS | May 2, 2017 |
| To | From |
| BEVERLY HARVARD<br>U.S. MARSHAL | Samir Kaushal<br>Assistant United States Attorney<br>404-581-6044 |

The following information is submitted in order to expedite the execution of the attached Writ of Habeas Corpus, to assist in the proper identification of the defendant and/or witness, and to aid in the safety of transporting deputies.

NAME:  Alfredo L. Capote

NAME OF INSTITUTION AND LOCATION:  Caddo Correctional Center, 1101 Forum Drive, Shreveport, LA 71107

WILL CUSTODIAN INSTITUTION AGREE TO RELEASE PRISONER ON WRIT?  Yes

    NAME OF PERSON AGREEING TO RELEASE:  Bobby Wyche

    TELEPHONE NUMBER OF PERSON AGREEING TO RELEASE:  (318) 677-5111

ALIASES:

DOB OR AGE:  11/15/1986          RACE:  African American

FBI NUMBER:  362925JC2        USM OR BOP NUMBER:  18112035

STATE PRISONER NUMBER:  SO# 129255; Jacket #538569

PENDING FEDERAL CHARGES:  18:1349; 18:1343 and 2; 18:1341 and 2; 18:1956(a)(1)(A)(i) and 2.

CASE NUMBER:  1:15-CR-338-MHC-CMS

Special handling considerations, separates, or special security measures deemed necessary:

It is understood that 21 days are needed to process Writs of Habeas Corpus except those directed to federal institutions located in the Northern District of Georgia. State institutions require 21 working days. I have checked with the institution involved and they are willing to release the individual.